**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| DISABLED ACCESS, INC., *et al.*, § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | CIVIL ACTION NO. H-13-871 |
| § | |
| DILLARDS PROPERTIES, INC., § | |
| § | |
| Defendant. § | |

**AGREED ORDER**

The plaintiffs' Agreed Motion for Extension of Time for Defendant to Respond to Plaintiffs' Complaint and to Postpone the Scheduling Conference set for June 28, 2013 is granted. The defendant will have until **July 19, 2013** to answer the plaintiffs' complaint. The June 28, 2013 scheduling conference is cancelled and reset to **August 30, 2013**, at 8:30 a.m. in Courtroom 11-B.

SIGNED on June 17, 2013, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge